**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**MATTHEW W. BARNETT
ADC #135607**                                                   **PLAINTIFF**

**V.**                  **CASE NO. 4:11CV00533 JMM**

**ARKANSAS BOARD OF PAROLE, et al.**                      **DEFENDANTS**

**ORDER**

Plaintiff Matthew W. Barnett, an Arkansas Department of Correction ("ADC") inmate, filed this case *pro se* under 42 U.S.C. § 1983. He has now filed an amended complaint identifying Felecia Thomas as a Defendant. For screening purposes, Mr. Barnett has stated a claim against Defendant Thomas. Therefore, service of process is now appropriate.

The Clerk of Court is directed to prepare a summons for Defendant Thomas. The United States Marshal is directed to serve copies of the complaint and the amended complaint with any attachments (docket entries #2 and #8), and a summons for Defendant Thomas through the Compliance Division of the Arkansas Department of Correction, P.O. Box 20550, Pine Bluff, Arkansas 71612 , without prepayment of fees and costs or posting security.

IT IS SO ORDERED this 23rd day of August, 2011.

                                                                _____
                                                                 UNITED STATES DISTRICT JUDGE