IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION  DIVISION

**MATTHEW W. BARNETT, ADC#135607**                                                      **PLAINTIFF**

V.                                      CASE NO.  4:11CV00533 JMM

**ARKANSAS BOARD OF PAROLE, ET AL.**                                             **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that Plaintiff's complaint is dismissed.

**IT IS SO ORDERED THIS   21    day of   November , 2011.**

_____
**James M. Moody**
**United States District Judge**